# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV3364                                                Purchased/Filed: April 27, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*Major Construction, Co., Inc.*                                                            Defendant

---

STATE OF NEW YORK        SS.:
COUNTY OF ALBANY

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 9, 2007 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Major Construction, Co., Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:___43___    Approx. Wt:___118___    Approx. Ht:___5'___

Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__11th__  day of _____ May, 2007 _____

_____                    _____
                                              Jessica  Miller

                                              Invoice•Work Order # SP0703933

*SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*