UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY      07 CV 3364 (LAK)
DISTRICT COUNCIL OF CARPENTERS ANNUITY        ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN      **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

            Plaintiffs,
  -against-

MAJOR CONSTRUCTION, CO., INC.,

            Defendant.
------------------------------------------------------------------X
C O U N S E L:

  PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on July 18, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Lewis A. Kaplan, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 12-D, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
    July 18, 2007

                  Yours, etc.,

                  O'DWYER & BERNSTIEN, LLP

            By: _____
               ANDREW GRABOIS, ESQ.
               Attorney for Plaintiffs
               52 Duane Street, 5th Floor
               New York, New York 10007
               (212) 571-7100

TO: Major Construction, Co., Inc.
745 Pennsylvania Ave
Lyndhurst, New Jersey 07071