## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV3364                                    Purchased/Filed: April 27, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*   Plaintiff

against

*Major Construction, Co., Inc.*   Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 9, 2007___, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules

on _____Major Construction, Co., Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__11th__ day of _____May, 2007_____

_(signature)_                              _Jessica Miller_ (signature)
                                           Jessica Miller

Invoice•Work Order # SP0703933

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179